JOSHUA PACK v. GARDEN & WALLAN.

New Trial—Additional Evidence of Same Witnesses no Grounds for.
   Upon an application for a new trial, it is not sufficient where the only
   allegations are that by a further examination of witnesses, who had
   formerly testified, the necessary facts would be brought out to justify
   a judgment.

APPEAL FROM GRANT CIRCUIT COURT.

July 7, 1869.

OPINION OF THE COURT BY JUDGE ROBERTSON:

Although the affirmance of the original judgment by an equal
division of this court settled no principle, yet it is as binding
between the parties as it could have been had this court been unani-
mous.

Had the facts presented in the petition for a rehearing since
filed in the circuit court been shown on the former hearing, the
judgment by this court on the former record might have been
unanimously against the asserted lien. But the petition seeks a
rehearing, not on the accidental discovery of new witnesses, but
only on the facts that Nichols and another who testified before,
would on the further examination, prove additional facts conduc-
ing conclusively to prove that there was no lien on Pack's land
which has been subjected to sale on a supposed lien claimed on it.
But both established practice and public policy forbid the disturb-
ance of the judgment on such ground as implies inexcusable negli-
gence in the original preparation of the case.

Wherefore, the judgment dismissing the petition for a rehear-
ing, hard as it may seem, must be *affirmed.*

*Lindsey, Scott,* for appellant.

*Smith, James,* for appellee.